RECEIVED
FEB 2 2 1999
U.S. DISTRICT COURT
DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHERRY HAWKINS, et al. )
)
Plaintiffs, )
)
vs. )  No. 4:98CV02044 RWS
)
ST. LOUIS COUNTY, MISSOURI, )  Leave to file granted
et al., )
)
Defendants. )

*Leave to file granted*
[Signed] USDJ 2/24/99

### SEPARATE ANSWER OF DEFENDANTS' NADEEM AHMED, M.D., LUIS POSTIGO AND ST. LOUIS REGIONAL HEALTH CARE CORPORATION, D/B/A ST. LOUIS REGIONAL MEDICAL CENTER

Come now defendants Nadeem Ahmed, M.D., Luis Postigo, M.D. and St. Louis Regional Health Care Corporation, d/b/a St. Louis Regional Medical Center and for their answer to Plaintiffs' Complaint denies everything not specifically admitted and in particular, states as follows:

1. Defendants admit this is a civil action but deny the remaining allegations to paragraph 1.

2. Defendants deny that this Court has jurisdiction over these Defendants for civil rights claim.

3. Defendants deny that this Court should exercise its pendent jurisdiction to consider state law claims.

4. Defendants admit that the action mentioned in plaintiffs' complaint occurred in the Eastern District of Missouri but, for the reasons stated in paragraphs 2 and 3 above, deny the remainder of paragraph 4.

5. Defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations

22

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED AND FAXED TO THE FOLLOWING
INDIVIDUALS ON 02/25/99 by cahring
    4:98cv2044    Hawkins vs St. Louis County

42:1983 Civil Rights Act

| Name | ID | Fax |
|---|---|---|
| Robert Goldson | 74833 | 314-241-7604 |
| Christine Hart | 37996 | 314-968-7403 |
| Michael Hughes | 7730 | 314-622-4956 |
| Kim Luther | 5865 | 314-231-2512 |
| Krista Peyton | 68303 | 314-622-4956 |
| Jonathan Ries | 4171 | 314-241-7604 |
| Michael Shuman | 4361 | 314-889-3732 |

SCANNED & FAXED BY:

FEB 25 1998

C. D. D.