RECEIVED
APR - 8 1999
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

FILED
APR 0 8 1999
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

FILED
APR 0 9 1999
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHERRY HAWKINS, et al., )
)
    Plaintiffs, )
)
vs. ) CAUSE NO:
) 4:98CV02044RWS
ST. LOUIS COUNTY, MISSOURI, et al., )
)
    Defendants. )

REQUEST FOR ADDITIONAL TIME
TO SECURE SERVICE ON DEFENDANT STEVEN PAYNE

    Plaintiffs' counsel, in the above-captioned matter requests an additional thirty (30) days to and including May 8, 1999 to secure service on Defendant Steven Payne, and as grounds therefore, states as follows:

    1.    This action was filed on December 9, 1998.

    2.    Upon information and belief, a copy of the complaint, summons, and request for waiver of service of summons with regard to the above-captioned action was received by Defendant Steven Payne on or about January 26, 1999.

    3.    On March 17, 1998, Luther & Associates, by and through Kim Roger Luther, entered their appearance on behalf of Defendant Steve Payne.

    4.    On March 31, 1999, attorney Kim Luther assured Plaintiffs' attorney, Christine Hart, in a telephone conversation that Defendant Payne's completed waiver of service of summons would be received by her no later than April 7, 1999.

1

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED AND FAXED TO THE FOLLOWING INDIVIDUALS ON 04/12/99 by cahring
4:98cv2044     Hawkins vs St. Louis County

42:1983 Civil Rights Act

| Name | ID | Fax |
|---|---|---|
| Robert Goldson | 74833 | 314-241-7604 |
| Christine Hart | 37996 | 314-968-7403 |
| Michael Hughes | 7730 | 314-622-4956 |
| Kim Luther | 5865 | 314-231-2512 |
| Krista Peyton | 68303 | 314-622-4956 |
| Jonathan Ries | 4171 | 314-241-7604 |
| Michael Shuman | 4361 | 314-889-3732 |

SCANNED & FAXED BY:

APR 1 2 1999

C. L. F.