RECEIVED
OCT - 8 1999
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

CHERRY HAWKINS, et al.,          )
                                 )
            Plaintiffs,          )
                                 )
v.                               )   Cause No. 4:98-CV02044RWS
                                 )
ST. LOUIS COUNTY, etc.,          )
et al.,                          )
                                 )
            Defendants.          )

*Leave to file granted*
[signature] 10/13/99

### SEPARATE ANSWER OF MICHAEL ZYLKA, M.D. AND STEVEN PAYNE TO PLAINTIFFS' FIRST AMENDED COMPLAINT

#### GENERAL ALLEGATIONS

COME NOW Defendants Michael Zylka, M.D. and Steven Payne, by and through their attorneys, Luther & Associates, and for their Answer to the General Allegations of Plaintiffs' First Amended Complaint, state as follows:

1-4. Defendants Zylka and Payne generally deny the allegations as set out in Paragraphs 1 through 4 of Plaintiffs' First Amended Complaint.

5-6. Defendants Zylka and Payne lack any information upon which to form a belief relative to the allegations as set out in Paragraphs 5 and 6 of Plaintiffs' First Amended Complaint and, therefore, deny same.

7. Defendants Zylka and Payne lack any information upon which to form a belief relative to the employment status of other defendants, but deny that they contracted with St. Louis County.

8-10. Defendants Zylka and Payne lack any information upon which to form a belief relative to the allegations as set out in

```
              UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
                          INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 10/14/99 by cahring
              4:98cv2044     Hawkins vs St. Louis County

42:1983 Civil Rights Act

Michael Finkelstein -  25710        Fax: 573-893-4231
Christine Hart -  37996             Fax: 314-968-7403
Michael Hughes -  7730              Fax: 314-622-4956
Kim Luther -  5865                  Fax: 314-231-2512
Kathleen Pine -  4061               Fax: 314-241-7604
Jonathan Ries -  4171               Fax: 314-241-7604
Michael Shuman -  4361              Fax: 314-889-3732
Brooke Sissman -  88977             Fax: 314-231-2512

Ernest Trakas -
MISSOURI PROTECTION & ADVOCACY SERVICES
925 S. Country Club Drive
Unit B-1
Jefferson City, MO  65109
```

SCANNED & FAXED BY:

OCT 14 1999

C. D. D.